Case: 8:06-cv-00761-LSC-FG3   Document #: 7   Date Filed: 02/15/2007   Page 3 of 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Daniel Wilson, <br> Plaintiff | ) <br> ) <br> ) | Case Number: 8:06 CV 761 |
| v. | ) <br> ) <br> ) | CONSENT TO EXERCISE <br> OF JURISDICTION BY A <br> UNITED STATES MAGISTRATE JUDGE |
| United States of America, <br> Defendant | ) <br> ) <br> ) | AND <br> ORDER OF REFERENCE |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Daniel Wilson, Pltf | Feb. 27, 2007 |
| [signature] | For USA | 4/6/07 |
| | For | |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

4/6/07
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.