## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL WILSON, | ) | |
| Plaintiff, | ) ) ) | 8:06cv761 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

This matter is before the court on it's own motion and consultation with counsel, to reschedule the final pretrial conference and non-jury trial.  Therefore,

**IT IS ORDERED:**

1.  The January 24, 2008 final pretrial conference is rescheduled to **February 21, 2008 at 11:00 A.M.**, in the chambers of the undersigned magistrate judge.

2.  The February 5, 2008 Non-Jury trial is rescheduled to **March 11, 2008,** in Courtroom 6, 2nd Floor of the Roman L. Hruska U. S. Courthouse.

3.  All other deadlines and instructions set out in the Order Setting Final Schedule for Progression of Case [13] remain unchanged.

Dated this 6th day of December 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge