IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL WILSON, | ) |
| | ) Case No. 8:06CV761 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER TO WITHDRAW |
| | )        EXHIBITS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

| | | |
|---|---|---|
| 1-9, 11-20, 22, 25, 27 | Non-Jury Trial | 03/11-12/2008 |
| 103-106, 108, 113, 116-118 | Non-Jury Trial | 03/11-12/2008 |

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 10th day of June, 2008.

s/ F.A. Gossett
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07